JS-6

SHAREEF S. FARAG, SBN 251650
NICHOLAS D. POPER, SBN 293900
MATTHEW EATON, SBN 353597
**BAKER & HOSTETLER LLP**
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067-4301
Telephone:  310.820.8800
Facsimile:  310.820.8859
*Emails:*     *sfarag@bakerlaw.com*
               *npoper@bakerlaw.com*
               *meaton@bakerlaw.com*

*Attorneys for Defendant*
THE SHERWIN-WILLIAMS COMPANY

W. ZEV ABRAMSON, ESQ.
BARUCH KREIMAN, ESQ.
ARAX ASLANYAN, ESQ.
**ABRAMSON LABOR GROUP**
1700 W Burbank Blvd.,
Burbank, CA 91506
Telephone:  (213) 493-6300
Facsimile:  (213) 336-3704
Emails:     wza@abramsonlabor.com
               baruch@abramsonlabor.com
               roxy@abramsonlabor.com

*Attorneys for Plaintiff*
ELVIA LOPEZ

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELVIA LOPEZ, an individual;<br><br>Plaintiff,<br><br>v.<br><br>THE SHERWIN-WILLIAMS COMPANY, a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 5:24-cv-02646-KK-DTB<br><br>**ORDER TO DISMISS ACTION AND SUBMIT TO BINDING ARBITRATION**<br><br>**NOTE CHANGES BY COURT**<br><br>Action Filed:     December 12, 2024 |

## <u>ORDER</u>

Having read the foregoing stipulation, and good cause appearing therefore,

**IT IS HEREBY ORDERED:**

1. This Action is dismissed; and

2. Plaintiff shall submit any and all claims she has or will have related to her employment with Defendant to binding and final arbitration.

DATED: ___March 13, 2025___          By: _____

*Hon. Kenly Kiya Kato*
United States District Judge

ORDER TO DISMISS ACTION AND SUBMIT TO BINDING ARBITRATION CASE NO.
5:24-CV-02646-KK-DTB